# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cv328

| | |
|---|---|
| WILLIAM A. PACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | JUDGMENT |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** having come before the court on the plaintiff's Motion for Summary Judgment (#9) and defendant's Motion for Judgment on the Pleadings (#13), and the Memorandum and Recommendation (#14) of Honorable David S. Cayer, United States Magistrate Judge, regarding the disposition of those motions, as discussed in the Order filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that

(1) Judge Cayer's recommendation that the Commissioner's Motion for Judgment on the Pleadings be denied and that the plaintiff's Motion for Summary Judgment be allowed is **ACCEPTED**, the Commissioner's Motion for Judgment on the Pleadings (#13) is **DENIED**, and plaintiff's Motion for Summary Judgment (#9) is **GRANTED**; and

(2)  **JUDGMENT** is entered pursuant to Sentence Four of 42 U.S.C. § 405, providing that the decision of the Commissioner is respectfully **REVERSED**, and this case is hereby **REMANDED** to the Commissioner for a new hearing consistent with this Judgment, the underlying Order, and Judge Cayer's Memorandum and Recommendation.

Signed: March 17, 2011

Max O. Cogburn Jr.
United States District Judge

2